Dilks & Knopik, LLC
PO Box 502
Redmond, WA 98073-0502
(425) 836-5728
74-3049851

APR 2 2 2004
FILED

APR 2 1 2004

CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re:

Richard & Cynthia Kehner

Debtor.

BANKRUPTCY NO. 83-05510-M7

## APPLICATION FOR RETURN OF TENDERED FUNDS

COMES NOW Dilks & Knopik, LLC, Agent for Cynthia Eisenhart, Applicant, stating:

1. That on 12/09/94, there was a tendered to the above-entitled Court the sum of $7,613.31 belonging to Richard & Cynthia Kehner but being undeliverable.
2. That the applicant is entitled to one half of said sum, totaling $3,806.66.
3. That said monies so tendered were deposited by the Clerk of the above-entitled Court with the Untied States Treasury as indicated by Receipt No. 3369 dated 12/09/94 and remain unclaimed.
4. That subsequent to the deposit of said monies, Richard & Cynthia Kehner have divorced and are no longer in contact with each other. Cynthia Kehner is now known as Cynthia Eisenhart and is requesting her one half share of the unclaimed funds.
5. The undersigned is a lawful agent of the applicant and authorized to execute this application on behalf of the applicant.
6. I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents.

WHEREFORE, your applicant prays for an order requiring the Clerk of the above-entitled Court to take the necessary steps so that the United States Treasury will return said tendered money to your applicant.

DATED: 4/8/2004

Signed: _____, Agent
Brian J. Dilks, Managing Member
PO Box 502
Redmond, WA 98073-0502

I, Brian J. Dilks, the authorized agent for the applicant named in the foregoing application, do hereby certify under the penalty of perjury that the forgoing is true and correct.

Executed on: 4/8/2004

_____
Brian J. Dilks, Agent for Applicant

APPROVED AS TO FORM: _____
Financial Administrator, US Bankruptcy Court

**ORDER**

IT IS SO ORDERED.

APR 2 1 2004

_____
Judge, United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

RE: Richard & Cynthia Kehner       )   Case: 83-05510-M7
                                   )
                                   )   AUTHORITY TO ACT
                                   )   LIMITED POWER OF ATTORNEY
        Debtor(s)                  )   Limited to one Transaction

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE

1. **Cynthia Eisenhart f/k/a Cynthia Kehner,** with a Social Security Number of _____ ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$3,806.66 representing a ½ interest of interest of $7,613.31** (the "UNCLAIMED FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the UNCLAIMED FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the UNCLAIMED FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Limited Power of Attorney shall be come effective on the below signed date and shall be terminated upon the receipt of UNCLAIMED FUNDS recovered by D&K.

_Cynthia Eisenhart_
_Cynthia Kehner_
Cynthia Eisenhart f/k/a Cynthia Kehner        Date  3-27, 20 04

### ACKNOWLEDGMENT

STATE OF  CALIFORNIA  )
COUNTY OF  SAN DIEGO  )

On this 27TH day of MARCH, 2004, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) CYNTHIA EISENHART (KEHNER) known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/**she** did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC  W. Pires
Residing at  BONITA, CA
My Commission expires  DEC. 24, 2006

OFFICIAL SEAL
W PIRES
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1391676
SAN DIEGO COUNTY
MY COMM. EXP. DEC 24, 2006

Dilks & Knopik, LLC
PO Box 502
Redmond, WA 98073-0502
(425) 836-5728
74-3049851

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re:

    Richard & Cynthia Kehner

BANKRUPTCY NO. 83-05510-M7

Debtor.

**PROOF OF RIGHT TO
PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS**

I, Cynthia Eisenhart

of 2920 Briarwood Rd
Apt E8, Bonita, CA, 91902-1809

on behalf of Cynthia Eisenhart, the Claimant on the within APPLICATION FOR RETURN OF TENDERED FUNDS, file this *Proof of Right to Payment of Dividend from Unclaimed Funds*. In support of the Application, the undersigned has attached a sworn affidavit attesting to the identity of the person, or officer of the entity entitled to the unclaimed funds, the tax identification number or social security number of the creditor, and certifying that the person or entity on whose behalf this application is made, is a creditor in this bankruptcy case and is the rightful and exclusive claimant of the unclaimed funds for which application is made.

___ The claimant represents a corporation and provides evidence consisting of Certificate(s)/Articles(s) of Incorporation, Certificate(s)/Article(s) of merger or Successor Corporations, Declarations or Reports from the Secretary of State for the state wherein incorporation occurred, invoices and/or statements sent to the Debtor for payment of debts owed to the creditors.

_X_ The claimant is an individual and provides evidence consisting of documents(s) which substantiate the claimant's creditor relationship with the debtor, a photocopy of the applicant's current driver's license or, in place of a driver's license, other identification containing the applicant's photograph and current address.

_X_ (IF ASSISTED IN THIS APPLICATION, CHECK THIS BOX ALSO) The undersigned has entered into an agreement or otherwise represents that the undersigned is the Clamant and is being assisted in this Application. A limited power of attorney has been completed and is attached to the within APPLICATION FOR RETURN OF TENDERED FUNDS.

    The undersigned certifies, under penalty of perjury, that the attachments submitted in support of this *Proof of Right to Unclaimed Funds* are filed in good faith and are intended to recover funds rightfully owned by the Creditor.

Dated: 3-27-04

*Cynthia L. Eisenhart*
Creditor's Signature

*Cynthia L Eisenhart*
Printed Creditor's Name

Dilks & Knopik, LLC
PO Box 502
Redmond, WA 98073-0502
(425) 836-5728
74-3049851

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re:

Richard & Cynthia Kehner

BANKRUPTCY NO. 83-05510-M7

Debtor.

## AFFIDAVIT OF CLAIMANT

I, Cynthia Eisenhart, of 2920 Briarwood Rd Apt E8, Bonita, CA, 91902-1809, am the creditor/debtor in this bankruptcy case. I am no longer married to Richard Kehner as such am only entitled to a ½ interest in these funds.

I am the rightful and exclusive claimant of the unclaimed funds for which the application is made and my social security number is ___5342___.

I swear, under the penalty of perjury, that the forgoing is true and correct to the best of my knowledge and belief.

Date: 3-27-04

_Cynthia Eisenhart_
_Cynthia Kehner_
Cynthia Eisenhart f/k/a Cynthia Kehner

### NOTARY ACKNOWLEDGMENT

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO )

On this 27th day of MARCH, 2004, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) CYNTHIA EISENHART (KEHNER) known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _W. Pires_
My Commission expires _DEC. 24, 2006_

OFFICIAL SEAL
W PIRES
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1391676
SAN DIEGO COUNTY
MY COMM. EXP. DEC 24, 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

RE: Richard & Cynthia Kehner )  Case: 83-05510-M7
                               )
                               )  AFFIDAVIT IN SUPPORT OF
                               )  APPLICATION FOR PAYMENT
        _____Debtor(s)_____)  OF UNCLAIMED FUNDS

I, Cynthia Eisenhart, under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $3,806.66 representing a ½ interest of interest of $7,613.31, which is the sum of monies deposited with the court in the above referenced case.

2. I have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

3. The original disbursement check was represented for payment within 90 days after issuance because: The original check was never received by me, due to a divorce of my former husband Richard Kehner and change in home address.

4. I no longer have contact with my Ex-Husband Richard Kehner and pray to the court it will release my ½ interest in the above mentioned funds.

5. The following is my current address and phone number:
   Cynthia Eisenhart
   2920 Briarwood Rd, Apt E8
   Bonita, CA 91902-1809

6. At the time of my bankruptcy, I had a mailing address of 86 E. Street, Chula Vista, CA 92011.

7. It has been over 20 years since I have lived at the 86 E. Street, Chula Vista, CA 92011. After a diligent search I have been unable to find anything showing that address.

For this reason, it is overly burdensome and may be impossible to provide documentation to verify the specific address of record. I pray that the court will accept this affidavit as proof of address.

Dated  3-27-04     By: _Cynthia Eisenhart_ / _Cynthia Kehner_
                       Cynthia Eisenhart f/k/a Cynthia Kehner

STATE OF _CALIFORNIA_, COUNTY OF _SAN DIEGO_

On _MARCH 27, 2004_ before me, personally appeared (insert name of the signer)
_CYNTHIA EISENHART (KEHNER)_
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my had and official seal.

OFFICIAL SEAL
W PIRES
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1391676
SAN DIEGO COUNTY
MY COMM. EXP. DEC 24, 2006

_W. Pires_
Notary Public

My commission expires on _DEC. 24, 2006_

# Marriage Certificate

**State of California**  County of San Diego

**I Hereby Certify** that on _____June_____ _____2nd_____ 19 74
                              Month              Day

at _Grace Trinity Church, Poway_, California, under authority

of a license issued by the County Clerk of the County of **San Diego**, I, the

undersigned, as a _____Pastor_____, joined in marriage

RICHARD LEWIS KEHNER   and   CYNTHIA LEIGH HEMMER

in the presence of _Elizabeth Roshi_, residing at 233 C Ave Apt C
Coronado, Ca.

California, and _Roy D Yu_, residing at 1845 _____
SAN DIEGO

California.

_Pastor Alfred E Yu_
Signature of Person Solemnizing Marriage

# U.S. Bankruptcy Court
## Southern District of California (San Diego)
### Bankruptcy Petition #: 83-05510-JM

*Assigned to:* Judge James W. Meyers
Chapter 7
Voluntary
Asset

*Date Filed:* 11/29/1983

**Richard Lewis Kehner**
86 E Street
Chula Vista, CA 92010-3047
SSN:
*Debtor*

represented by **Sandral Sickler**
233 "A" St. Ste. 1302
San Diego, CA 92101-4010
(619) 232-2861

**Cynthia Leigh Kehner**
86 E Street
Chula Vista, CA 92010-3047
SSN:
*Debtor*

represented by **Sandral Sickler**
(See above for address)

**Eric D. Wolf, Esq.**
1250 Sixth Ave., Ste. 236
San Diego, CA 92101
(619) 239-9653
*Trustee*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 01/30/1990 | 17 | Order Vacating order appointing successor tr R:16 & reinstatment of Martin Goldberg. (Entered: 01/30/1990) |
| 02/16/1990 | 18 | Trustee's Resignation Of Appointment. Involvement Of Trustee Martin Goldberg Terminated. (Entered: 03/15/1990) |
| 02/16/1990 | 19 | Appointment by US Trustee of Successor Trustee, Eric Wolf Involvement of Trustee Martin Goldberg Terminated. (Entered: 03/15/1990) |
| 12/27/1990 | 21 | Statement of Position by the U.S. Trustee Re: [20-1] Application To Employ Accountant R. Dean Johnson by Eric D. Wolf Esq. -- the U.S Trustee Has No Objection (Entered: 01/02/1991) |
| 12/28/1990 | 20 | Application By Trustee Eric D. Wolf To Employ Accountant R. Dean Johnson . (Entered: 01/02/1991) |
| 12/28/1990 | 20 | Order Granting [20-1] Application To Employ Accountant R. Dean Johnson by Eric D. Wolf Esq. (Entered: 01/02/1991) |

Name. Address. Telephone No. & I.D. No.
Eric Wolf, Trustee
~~121 Broadway,~~ Ste. 555
San Diego, CA 92101
(619) 239-9653

④

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re: **Richard and Cynthia Kehner**

BANKRUPTCY NO. 83-05510-M7

Debtor.

## SUPPLEMENT TO FINAL REPORT AND ACCOUNT OF TRUSTEE
## APPLICATION FOR DISCHARGE AND, IF APPLICABLE, FOR TRANSMITTAL OF
## UNCLAIMED FUNDS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3011, AND ORDER THEREON

I, the undersigned Trustee herein, do hereby file this my Supplement to Final Report and Account and Application for Discharge, stating that I have issued and delivered or mailed checks to each creditor and any other party in interest specified in the Order Settling Account, and, if applicable, in the Order for Payment of Final Dividend heretofore entered in this case.

I further state that all checks so issued have been cashed, except for certain checks, if any, which were issued more than sixty or ninety days, as appropriate, prior to the date of this supplemental report and remain unclaimed or uncashed and that the cancelled or voided checks accompany this Report.

[ ] All checks have been cashed and my bank account shows a zero balance.

[X] Transmitted herewith is my Trustee's check in the sum of $ 7,613.31 for deposit in the Registry of the United States Bankruptcy Court pursuant to Fed. R. of Bankr. P. 3011 representing unclaimed or uncashed dividend checks as follows:

| CHECK NO. | NAME & ADDRESS OF PAYEE | AMOUNT |
|---|---|---|
| 1009 | Richard & Cynthia Kehner, 86 E. Street, Chula Vista, CA 92011 | $7,613.31 |

Stop payment notices have been issued to the bank on each of the aforesaid uncashed checks.

WHEREFORE, I pray that the unclaimed funds be deposited with the Clerk and that I be discharged of my trust and my bond cancelled in this case.

Dated: October 12, 1994

_/s/ Eric N. Wolf_
Trustee

Enclosure: Cancelled checks

## ORDER

Upon consideration of the aforesaid supplemental report, and good cause appearing therefore

IT IS HEREBY ORDERED that the unclaimed funds of this estate, if any, be transmitted to the Clerk of the United States Bankruptcy Court along with a copy of this Report and Order, and that the Trustee herein be and is hereby discharged of his/her trust, and his/her bond is hereby cancelled and the surety or sureties thereon are hereby released from any further liability thereunder except any liability which may have accrued during the time such bond was in effect.

Dated:

_____
Judge, United States Bankruptcy Court

CSD 2123   **ORIGINAL**   Rct# 3349  12/9/94

## Person Search

Page 2 of 2

| Copy | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|
| | CYNTHIA L EISENHART<br>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 | 52<br>Jan 25, 1952 | 86 E ST<br>CHULA VISTA CA 91910-3047 | Apr 00 | (000) 475-7707 |
| | CYNTHIA L EISENHART<br>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 | 52<br>Jan 25, 1952 | 2920 BRIARWOOD RD # 8<br>BONITA CA 91902-1843 | Mar 95 - Mar 99 | |
| | CYNTHIA L KEHNER<br>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 | 52<br>Jan 52 | BONITA CA 91902 | Oct 91 | (619) 267-3503 |
| | CYNTHIA L EISENHART<br>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 | 52<br>Jan 52 | BONITA CA 91902 | Oct 91 | |
| | CYNTHIA L KEHNER<br>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 | 103<br>Jan 01, 1901 | 8 #E<br>BONITA CA 91902 | Oct 91 | |
| | CYNTHIA L KEHNER<br>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 | 52<br>Jan 52 | 8 #E<br>BONITA CA 92002 | Nov 89 | |
| | CYNTHIA L KEHNER<br>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 | 52<br>1952 | 2920 BRIARWOOD RD # 8<br>BONITA CA 91902-1843 | Nov 85 - Apr 86 | (000) 475-7707 |
| | CYNTHIA L KEHNER<br>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 | 52<br>Jan 52 | 86 E STREET ST<br>CHULA VISTA CA 92010 | Apr 86 | |
| | CYNTHIA L KEHNER<br>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 | 52<br>1952 | 86 ESTR ST<br>CHULA VISTA CA 92010 | Apr 85 | |
| | CYNTHIA L KEHNER<br>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 | 52<br>1952 | 86 E ST<br>CHULA VISTA CA 91910-3047 | Jan 83 - Apr 84 | (000) 475-7707 |
| | CYNTHIA L KEHNER<br>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 | 52<br>1952 | 6313 CLYDE AVE<br>SAN DIEGO CA 92139-2310 | Jan 83 | |
| | RICHARD L KEHNER<br>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 | | 6313 CLYDE AVE<br>SAN DIEGO CA 92139-2310 | | |

Records: 1 to 23 of 23

https://secure.accurint.com/app/bps/main    4/6/2004

---

## Person Search

Page 1 of 2

Last Name    First Name    Middle Name    SSN

Street Address    City    State    Zip    County    Radius

Phone    DOB    Age Range

Use Nicknames: ☑    Phonetic Search: ☐    Include Bankruptcies ($0.25): ☐

Output Type:    ⦿ Formatted HTML    ○ Cut and Paste / Printer Friendly Text (No Reports)    Reference

**Important:** The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified.

Search completed    Records: 1 to 23 of 23

| Copy | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|
| ▶ | CYNTHIA L KEHNER<br>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 | 103<br>Jan 01, 1901 | 2920 BRIARWOOD RD APT E8<br>BONITA CA 91902-1809 | Sep 85 - Feb 04 | (619) 267-3503 |
| | CYNTHIA L EISENHART<br>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 | 103<br>Jan 01, 1901 | 2920 BRIARWOOD RD APT E8<br>BONITA CA 91902-1809 | Mar 99 - Feb 04 | |
| | CYNTHIA L KEHNER<br>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 | 52<br>Jan 52 | 2920 BRIARWOOD RD APT E8<br>BONITA CA 91902-1809 | Sep 85 - Feb 04 | |
| | CYNTHIA L KEHNER<br>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 | 103<br>Jan 01, 1901 | 2920 BRIARWOOD RD 8<br>BONITA CA 91902-1843 | Oct 89 - Apr 03 | |
| | CYNTHIA L EISENHART<br>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 | 52<br>Jan 25, 1952 | 6744 SAN MIGUEL RD<br>BONITA CA 91902-2938 | Feb 95 - Jun 02 | |
| | CYNTHIA L EISENHART<br>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 | 52<br>Jan 52 | 1287 SANTA MARIA DR<br>CHULA VISTA CA 91913-2603 | Oct 01 - Dec 01 | |
| | CYNTHIA L KEHNER<br>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 | 103<br>Jan 01, 1901 | 6744 SAN MIGUEL RD APT # 8<br>BONITA CA 91902-1809 | Aug 92 - Jun 01 | (619) 267-3503 |
| | CYNTHIA L KEHNER<br>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 | 52<br>Jan 52 | 2920 BRIARWOOD RD APT E8<br>BONITA CA 91902-1809 | Sep 85 - 2001 | |
| | CYNTHIA L KEHNER<br>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 | 103<br>Jan 01, 1901 | 6744 SAN MIGUEL RD<br>BONITA CA 91902-2938 | Oct 92 - Oct 00 | (619) 267-3503 |

https://secure.accurint.com/app/bps/main    4/6/2004